UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BRAND,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 22-cv-00020-RFL<br><br>**JUDGMENT IN A CIVIL CASE** |

    Pursuant to the Court's order denying Plaintiff's motion for judgment; granting Defendant's motion for judgment (Dkt. No. 54), judgment is entered in favor of Defendant, and against Plaintiff.

Dated: May 31, 2024

                                        Mark B. Busby
                                        Clerk, United States District Court

By: _____

                                        Melinda K. Lock, Deputy Clerk to
                                        the Honorable Rita F. Lin